# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM P. ERICKSON,** | ) | |
| | ) | 8:11CV215 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CREDIT BUREAU SERVICES, INC., et al,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on July 16, 2012, by Pamela A. Car, counsel for the plaintiff, and Douglas E. Quinn, counsel for the defendants,

**IT IS ORDERED that:**

1. **On or before August 16, 2012**, the parties shall electronically file a Motion for Preliminary Approval of Settlement and supporting documents or a joint stipulation for dismissal and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order on such motion. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The hearing scheduled for July 17, 2012, is cancelled and all pending motions are terminated upon the representation that this case is settled.

DATED this 16th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge