### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM P. ERICKSON, ) | |
| ) | 8:11CV215 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CREDIT BUREAU SERVICES, INC., ) | |
| DANIEL A. MARTIN, and ) | |
| C.J. TIGHE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the defendants' Motion for an Extension of Time (Filing No. 108) and plaintiff's Objection to the Defendants' Motion for an Extension of Time (Filing No. 109). The court held a telephone conference on October 29, 2012. Pamela A. Car represented the plaintiff and Douglas E. Quinn represented the defendants. Following a discussion with counsel,

**IT IS ORDERED**:

1. The defendants' Motion for an Extension of Time (Filing No. 108) is granted to the extent the Order Approving Post Settlement Deadlines (Filing No. 107) is amended so that class notices shall be sent by first class U.S. Mail to all class members by the defendants or their designee on or before **November 12, 2012**, except that already determined notifications shall be provided to the class administrator for immediate notice.

2. The remaining deadlines set forth in paragraphs three and four in the Order Approving Post Settlement Deadlines (Filing No. 107) shall remain unchanged.

3. The plaintiff's Objection to the Defendants' Motion for an Extension of Time (Filing No. 109) is denied to the extent set forth herein.

DATED this 29th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge